[Dowed7] [Order Withholding Entry of Discharge]

ORDERED.

**Dated: May 2, 2018**

*Cynthia C. Jackson*
Cynthia C. Jackson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                Case No. 6:18−bk−00572−CCJ
                                                                      Chapter 7
Danielle Jackson

_____Debtor*_____/

### *ORDER WITHHOLDING ENTRY OF DISCHARGE*

   THIS CASE came on for consideration upon the Court's own motion to consider the entry of an appropriate order. The Court has considered the record and finds that:

   ☐  The Debtor has failed to pay the prescribed filing fee for this case.

   ☑  An Order Approving the Payment of the Filing Fees in Installments was entered on February 2, 2018 . The Debtor has failed to comply with the order by failing to remit the balance due in the amount of $335.00 pursuant to Fed. R. Bankr. P. 1006.

   ☐  The Debtor Remove this text or type debtor's name if only one in a joint case has not filed a certification about a financial management course required by 11 U.S.C. § 727(a)(11).

   ☐  The Debtor has failed to pay the $25.00 conversion fee as required by 28 U.S.C. § 1930(8.2) for a motion or notice of conversion to Chapter 7.

   Accordingly, it is

   **ORDERED:**

   1. The entry of a discharge in this case is withheld until such time as the Debtor cures the above−described deficiency pursuant to 11 U.S.C. § 105 of the Bankruptcy Code and/or Fed. R. Bank. P. 4004(c)(1)(G) (relating to fees not paid).

   2. The case will be reviewed for possible closing in thirty days, if appropriate. The Debtor's failure to cure the above−described deficiency prior to the case being closed will result in the case being closed without entry of a discharge.  If the Debtor later files a motion to reopen the case in order to cure the deficiency and to obtain a discharge, the Debtor will be required to pay a reopening fee in the amount of $260.00 as prescribed by 28 U.S.C. § 1930(a) and Item (11) of the Bankruptcy Court Miscellaneous Fee Schedule.

    3. This order shall not be construed as an order either denying or granting a discharge.

The Clerk's Office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.